CHESAPEAKE MICROFILM v. N.C. DEPT. OF E.H.N.R.

No. 435A93

Case below: 111 N.C.App. 737

Motion by the defendant to dismiss the appeal for lack of substantial constitutional question allowed 3 March 1994. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues denied 3 March 1994.

CHESSON-GIBSON v. TERRELL

No. 30P94

Case below: 112 N.C.App. 852

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 March 1994.

CITY OF NEW BERN v. NEW BERN-
CRAVEN COUNTY BD. OF ED.

No. 5PA94

Case below: 113 N.C.App. 98

Motion by plaintiff to dismiss the appeal by several defendants for lack of substantial constitutional question denied 3 March 1994. Petition by several defendants for discretionary review pursuant to G.S. 7A-31 allowed 3 March 1994.

COCHRAN v. N.C. FARM BUREAU MUTUAL INS. CO.

No. 64P94

Case below: 113 N.C.App. 260

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 March 1994.

COMPUTER SALES INTERNATIONAL v.
FORSYTH MEMORIAL HOSPITAL

No. 551P93

Case below: 112 N.C.App. 633

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 March 1994.